UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** February 4, 2015 (Time: 19 minutes)     **JUDGE:** Phyllis J. Hamilton

**Case No:** CR 14-594 PJH
**Case Name:**   UNITED STATES v. SU CHU CHOU CHENG (PRESENT)

**Attorney for Plaintiff:**     Micah Wyatt
**Attorney for Defendant:**  Timothy Crudo

**Deputy Clerk:** Nichole Peric          **Court Reporter:** Kathy Wyatt

**PROCEEDINGS**

　　Change of Plea-Held.  The plea agreement is signed and filed in court.  The defendant is sworn.  The court finds the defendant to be fully competent and capable of entering into an informed plea.  The plea is knowing and voluntary.  The court finds a factual basis for the plea.  The defendant enters a plea of guilty as to counts one, two, three and four of the Information.  The plea is accepted by the court.  The defendant is adjudged guilty of the offenses.

**CASE CONTINUED TO: May 6, 2015 at 2:30 p.m. for Status Re Sentencing**.

cc:  chambers