```
TIMOTHY P. CRUDO (State Bar No. 143835)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California  94104-5500
Telephone:   (415) 391-4800
Fax:         (415) 989-1663
Email:       ef-tpc@cpdb.com

Attorneys for Defendant
Su Chu Chou Cheng, a/k/a/ Terry Cheng
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SU CHU CHOU CHENG, a/k/a TERRY CHENG,<br><br>　　　　　Defendant. | Case No. CR 14-00594-PJH-KAW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CHANGE OF PLEA HEARING** |

Whereas, on November 24, 2014, Defendant Su Chu Chou Cheng was charged in a four-count Information with mail fraud- and bid rigging-related charges;

Whereas, on February 4, 2015, pursuant to a Plea Agreement Ms. Cheng entered a guilty plea on Counts 1-4;

Whereas, the government subsequently informed the Court that it would dismiss the mail fraud-related counts and revise the Plea Agreement previously entered in this case;

Whereas, a Change of Plea hearing is currently set for January 10, 2017, before the Hon. Kandis A. Westmore;

Whereas, to accommodate the schedules of the parties and their counsel, the parties have agreed to continue the January 10, 2017, Change of Plea hearing to January 24, 2017, and;

Whereas the Court's clerk has informed the parties that the Court is available to hear Ms. Cheng's Change of Plea hearing on January 24, 2017;

THEREFORE, it is hereby stipulated by and between the parties, through their respective counsel of record, that the January 10, 2017, Change of Plea hearing in this matter shall be continued to January 24, 2017.

**IT IS SO STIPULATED.**

DATED: December 21, 2016                    Respectfully submitted,


                                            By:  */s/ Michael Rabkin*
                                                 Michael Rabkin
                                                 Assistant United States Attorney


DATED:  December 21, 2016                   Respectfully submitted,

                                            COBLENTZ PATCH DUFFY & BASS LLP


                                            By:  */s/ Timothy P. Crudo*
                                                 Timothy P. Crudo
                                                 Attorneys for Defendant
                                                 Su Chu Chou Cheng


**[PROPOSED] ORDER**

GOOD CAUSE HAVING BEEN SHOWN, **IT IS HEREBY ORDERED** that the January 10, 2017, Change of Plea hearing in this matter shall be continued to January 24, 2017.

DATED:    12/22    , 2016


                                            _____
                                            HON. KANDIS A. WESTMORE
                                            UNITED STATES MAGISTRATE JUDGE